1 NICHOLAS J. BOOS (SBN 233399)
  nboos@maynardcooper.com
2 MATTHEW CHIPMAN (SBN 332944)
  mchipman@maynardcooper.com
3 MAYNARD COOPER & GALE LLP
  Two Embarcadero Center, Suite 1450
4 San Francisco, California 94111
  Telephone:   (415) 646-4700
5 Facsimile:   (205) 254-1999

6 Attorneys for Defendant
  LIBERTY MUTUAL INSURANCE COMPANY and
7 LIBERTY INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LYDIA HAZAN, an Individual, | Case No. 2:22-cv-00940-SSS-SK |
|---|---|
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1 to 50, | |
| Defendants. | |

Liberty Mutual Insurance Company and Liberty Insurance Corporation respectfully hereby notify the Court that the parties have reached a settlement of this matter and anticipate filing a stipulation for dismissal of this case within 30 days.

Dated: June 27, 2022

MAYNARD, COOPER & GALE, LLP

By: */s/ Nicholas J. Boos*
      NICHOLAS J. BOOS
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY and
LIBERTY INSURANCE CORPORATION

{06463816.1}

NOTICE OF SETTLEMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
COUNTY OF SAN FRANCISCO       )

    I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**LIBERTY MUTUAL INSURANCE COMPANY AND LIBERTY INSURANCE CORPORATION'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT, FILED CONCURRENTLY WITH MEMORAMDUM OF POINTS AND AUTHORITIES, DEDCLARATION OF N. MAZANDARANI, AND SEPARATE STATEMENT OF UNCONTROVERTED MATERAIL FACTS AND CONLUSIONS OF LAW**

**[X]   BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

Jeffrey Weber (SBN 283570)
Lev Zartarian (SBN 284617)
Shaunt Oozoonian (333044)
BRIGGS & ALEXANDER, APC
4300 Newport Beach, Suite 210
Newport Beach, CA 92660

*Attorneys for Plaintiff Lydia Hazan*

    I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on June 27, 2022, in San Francisco, California.

_____
Brian Day

{06463816.1}