1  NICHOLAS J. BOOS (SBN 233399)
   nboos@maynardcooper.com
2  MAYNARD COOPER & GALE LLP
   Two Embarcadero Center, Suite 1450
3  San Francisco, California 94111
   Telephone:  (415) 646-4700
4  Facsimile:   (205) 254-1999

5  Attorneys for Defendant
   LIBERTY INSURANCE CORPORATION
6

7  JEFFREY WEBER (SBN 283570)
   jeff@briggsandalexander.com
8  LEV ZARTARIAN (SBN 284617)
   lev@briggsandalexander.com
9  SHAUNT OOZOONIAN (SBN 333044)
   shaunt@briggsalexander.com
10 BRIGGS & ALEXANDER, APC
   4300 Newport Beach, CA 92660
11 Telephone: (714) 520-9250
   Facsimile: (714) 520-9248
12
   Attorneys for Plaintiff
13 LYDIA HAZAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA HAZAN, an Individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1-50,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00940-SSS-SK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　　Plaintiff Lydia Hazan ("Plaintiff") and Defendant Liberty Insurance Corporation (collectively, "Defendant") hereby stipulate through their counsel of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this entire action be and is dismissed with prejudice, each party to bear her and its own costs and attorneys' fees.

{06501074.1}

1     IT IS SO STIPULATED.

Dated: August 3, 2022                 MAYNARD, COOPER & GALE, LLP

By:  */s/ Nicholas J. Boos*
     NICHOLAS J. BOOS
Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

Dated: August 3, 2022                 BRIGGS & ALEXANDER, APC

By:  */s/ Jeffrey Weber*
     JEFFREY WEBER
Attorneys for Plaintiff
LYDIA HAZAN

{06501074.1}     2
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
COUNTY OF SAN FRANCISCO    )

      I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof to the persons below at the email addresses below:

Jeffrey Weber (SBN 283570)
Lev Zartarian (SBN 284617)
Shaunt Oozoonian (333044)
BRIGGS & ALEXANDER, APC
4300 Newport Beach, Suite 210
Newport Beach, CA 92660
Tel: (714) 520-9250
Fax: (714) 520-9248
Email: jeff@briggsandalexander.com
lev@briggsandalexander.com
shaunt@briggsandalexander.com

*Attorneys for Plaintiff Lydia Hazan*

**[X]  BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

      I declare that I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on August 3, 2022 in San Francisco, California.

*/s/ Brian Day*
Brian Day

{06501074.1}  3
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE